PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 22 PM 1:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. **AARON DALE THOMAS**
1574 Patterson Memphis, TN 38111

Docket No. **2:94CR20083-001**

### Petition on Probation and Supervised Release

**COMES NOW** __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Aaron Dale Thomas</u> who was placed on supervision by the Honorable <u>Odell Horton</u> sitting in the Court at <u>Memphis, TN</u> on the <u>24th</u> day of <u>July, 1996</u> who fixed the period of supervision at <u>three (3) years*</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $8,786.00 restitution ($8,209.00 balance).

The defendant shall participate in mental health treatment as appropriate.

The defendant shall participate in alcohol/drug testing and treatment as deemed appropriate.

*Term of Supervised Release began June 17, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Thomas was convicted of Sexual Battery in January 1986 as indicated in the Presentence Report. In order to best supervise Mr. Thomas during his term of Supervised Release and to better protect the community, the United States Probation Office recommends that a special condition be added to Mr. Thomas' Supervised Release requiring sex offender counseling. The defendant has declined to sign a Probation Form 49, Waiver of Hearing for Modification of Special Conditions.

The United States Probation Office recommends the following special condition:

The defendant shall participate as directed in a program of mental health treatment, including a sex offender treatment program, approved by the probation officer. The defendant shall abide by the rules, requirements, and conditions of the treatment program, which may include submitting to polygraph or plethysmograph testing, to aid in the treatment and supervision process.

**PRAYING THAT THE COURT WILL ORDER** a Summons be issued for Mr. Thomas to appear before the Court to show cause as to why his conditions should not be modified.

**ORDER OF COURT**

Considered and ordered this 21st day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Freddie McMaster II_
Freddie McMaster II
Probation Officer

**Place** Memphis, Tennessee
**Date** June 30, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __7-26-05__

83

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:94-CR-20083 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT