IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>AARON DALE THOMAS<br>Defendant. | CR. NO. 2:94-20083-Ma |

## ORDER HOLDING PROBATIONER FOR SHOW CAUSE HEARING

On August 29, 2005, Aaron Dale Thomas appeared before me on a petition to amend the terms and conditions of probation/supervised release in this matter. Counsel was appointed to represent dft Aaron Dale Thomas.

Accordingly, defendant Aaron Dale Thomas is held before the District Court to show cause why his conditions should not be modified by a hearing to be set on notice from the United States District Court.

IT IS SO ORDERED this 30th day of August, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:94-CR-20083 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT