PROB. 12 (Rev. 3/88)

## UNITED STATES DISTRICT COURT
### for
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY_____D.C.

05 OCT 17 PM 3: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. AARON DALE THOMAS**                    Docket No. **2:94CR20083-001**

### Petition on Probation and Supervised Release

**COMES NOW** __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Aaron Dale Thomas who was placed on supervision by the Honorable Odell Horton sitting in the Court at Memphis, TN on the 24th day of July, 1996 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $8,786.00 restitution ($8,209.00 balance).

The defendant shall participate in mental health treatment as appropriate.

The defendant shall participate in alcohol/drug testing and treatment as deemed appropriate.

*Term of Supervised Release began June 17, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Thomas was convicted of Sexual Battery in January 1986 as indicated in the Presentence Report. In order to best supervise him during his term of Supervised Release and to better protect the community, the United States Probation Office recommends a special condition be added to his Supervised Release requiring he complete an assessment/evaluation to determine the need for sex offender treatment.

The United States Probation Office recommends the following special condition:

The defendant shall participate as directed in a sex offender assessment program approved by the probation officer. The defendant shall abide by the rules, requirements, and conditions of the assessment, which may include submitting to polygraph testing, to aid in the determination of the need for treatment. Any statements or findings resulting from polygraph testing shall not infringe upon Mr. Thomas' right against self-incrimination.

**PRAYING THAT THE COURT WILL ORDER** Mr. Thomas' conditions be modified to include a condition he participate as directed in a sex offender assessment program approved by the probation officer.

| **ORDER OF COURT** | **Respectfully,** |
|---|---|
| Considered and ordered this 17th day of Oct, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _Freddie McMaster II_<br>Freddie McMaster II<br>Probation Officer<br><br>**Place** Memphis, Tennessee<br>**Date** October 13, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-20-05

93

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:94-CR-20083 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT