PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## WESTERN DIVISION

FILED BY _CY_ D.C.

05 OCT 27 PM 4: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. **AARON DALE THOMAS**                    Docket No. **2:94CR20083-001**

### Petition on Probation and Supervised Release

**COMES NOW** __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Aaron Dale Thomas__ who was placed on supervision by the Honorable __Odell Horton__ sitting in the Court at __Memphis, TN__ on the __24th__ day of __July, 1996__ who fixed the period of supervision at __three (3) years*__, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $8,786.00 restitution ($8,209.00 balance).

The defendant shall participate in alcohol/drug testing and treatment as appropriate.

The defendant shall participate in mental health treatment as appropriate.

*Term of Supervised Release began June 17, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Thomas is currently employed through a temporary agency with regular, stable assignments. It is recommended the Court approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** Aaron Dale Thomas' restitution payments be set at ten percent (10%) of his monthly gross income payable by the end of each month.

**ORDER OF COURT**

Considered and ordered this __27th__ day of __Oct__, 20__05__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Freddie McMaster II_
Freddie McMaster II
Probation Officer

Place __Memphis, Tennessee__

Date __October 25, 2005__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __10-28-05__

97

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:94-CR-20083 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT