IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 94-20083-Ma

AARON DALE THOMAS,

    Defendant.

---

### ORDER GRANTING MOTION FOR STAY PENDING APPEAL

Before the court is defendant's October 20, 2005, unopposed motion to stay the court's order of October 17, 2005, modifying conditions of supervised release. Defendant has appealed the October 17, 2005, order. For good cause shown, the court finds that the motion for stay should be GRANTED. Execution of the order entered October 17, 2005, is stayed pending a decision by the Sixth Circuit Court of Appeals.

It is so ORDERED this 17th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:94-CR-20083 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT